# United States District Court

**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

v.

**AMAURY ROCHA**
**REG#: 95154-298**

FILED
CLERK, U.S. DISTRICT COURT
8/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____EC____ DEPUTY



LODGED
CLERK, U.S. DISTRICT COURT
8/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:21-mj-03594-DUTY

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 26, 2021, in Los Angeles County, in the Central District of California, defendant Amaury ROCHA did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about July 26, 2021, Juan F. Herrera, Residential Reentry Manager of the Federal Bureau of Prisons ("BOP"), Metropolitan Detention Center Los Angeles ("MDCLA"), informed the United States Marshals Service ("USMS") that ROCHA escaped from Vinewood Residential Reentry Center ("RRC"), which is located at 5520 Harold Way Los Angeles, CA 90028. The institution records I reviewed indicate that on July 26, 2021, at approximately 10:10 p.m., RRC staff began looking for ROCHA to remind him of an evening detail. RRC staff were unable to locate ROCHA in his room, and RRC staff noticed that ROCHA's property was missing from his room. RRC staff attempted to call ROCHA's approved cell phone, but ROCHA did not answer. Lastly, RCC staff conducted a fire drill in a final attempt to locate ROCHA, but the fire drill produced negative results. RRC staff noted that ROCHA was missing and the whereabouts of ROCHA remain unknown.

The institution and court records I reviewed indicate that on March 14, 2020, in the United States District Court for the Southern District of California, Case Number 3:20-CR-01230-DMS-1, ROCHA was sentenced to a term of 24 months' imprisonment and three years of supervised release for Possession with Intent to Distribute Fentanyl, in violation of Title 21 United States Code, Section 841(a)(1). I reviewed BOP records, which describe ROCHA as a 23-year-old White male of Hispanic origin, United States citizen, born March 8, 1998, approximately 5 feet, 5 inches tall, weighing approximately 187 pounds, with black hair and brown eyes, and tattoos on his left and right shoulder, the back of his neck, and his left calf.

//

//

//

Amaury ROCHA's whereabouts are currently unknown.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone,

/s/ Alberto Landazuri
Signature of Complaint
Alberto Landazuri
Deputy U.S. Marshal

August 4, 2021
Date

at Los Angeles, California
City and State

Hon. Gail J. Standish, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AUSA Ashley Fillmore (x2416)